**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES C. PARKS, | No. 10-35426 |
| Plaintiff - Appellant, | D.C. No. 2:09-cv-01219-RSL |
| v. | |
| TULALIP RESORT CASINO, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
Robert S. Lasnik, District Judge, Presiding

Submitted September 27, 2011[**]

Before:    SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

James C. Parks appeals pro se from the district court's judgment dismissing

his employment discrimination action. We have jurisdiction under 28 U.S.C.

§ 1291. We review de novo. *Carson Harbor Vill., Ltd. v. City of Carson*, 353 F.3d

824, 826 (9th Cir. 2004). We affirm.

_____

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The district court properly dismissed Parks's action based on the doctrine of collateral estoppel because Parks was barred from relitigating the issue of sovereign immunity after it had been adjudicated in a previous dispute between these same parties. *See Hydranautics v. FilmTec Corp*., 204 F.3d 880, 885 (9th Cir. 2000) (outlining requirements for application of collateral estoppel).

Parks's remaining contentions are unpersuasive.

**AFFIRMED.**